SMART v. MICHIGAN LIFE INSURANCE COMPANY

Appeal from Oakland, Arthur E. Moore, J. Submitted Division 2 January 8, 1971, at Lansing. (Docket No. 9625.) Decided February 25, 1971.

Complaint by Loretta Smart and Reba Smart against Michigan Life Insurance Company for accidental death benefits due under a contract of insurance. Verdict and judgment for plaintiffs. Defendant appeals. Affirmed.

*Weinstein & Weinstein,* for plaintiffs.

*Condit, Denison, Devine, Porter & Bartush* (by *Charles J. Porter*), for defendant.

Before: Quinn, P. J., and Bronson and O'Hara,* JJ.

Per Curiam. Plaintiffs' action below was for the recovery of accidental death benefits allegedly due plaintiffs as a result of the insured's death on November 8, 1967. A jury verdict was returned against the defendant in the sum of $5,000. Defendant appeals as of right from the denial of its motion for a new trial.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

The sole issue on appeal relates to the trial court's instructional definition of the word "accident". A review of the trial court's instructions reveals that the instructional definition of "accident" was in accordance with the terms of the insurance policy and consistent with the accepted definition set forth in *Guerdon Industries, Inc.,* v. *Fidelity & Casualty Company of New York* (1963), 371 Mich 12, 18, 19. See *Brant* v. *Citizens Mutual Automobile Insurance Company* (1966), 4 Mich App 596.

Judgment affirmed.